UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

*FILED IN OPEN COURT*
*5/30/06 KJK*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CASE NO. **06-70M-MPT** |
| vs. | ) | |
| | ) | |
| **Tomas Lucas-Ignacio** | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **30**th day of **MAY , 2006**,

ORDERED that **Penny Marshall, Esq.** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney



FILED

MAY 3 0 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE