*FILED IN OPEN COURT 5/30/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06- **70M** |
| | ) |
| TOMAS LUCAS-IGNACIO | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

    \_\_\_\_ Crime of violence (18 U.S.C. § 3156)

    \_\_\_\_ Maximum sentence life imprisonment or death

    \_\_\_\_ 10+ year drug offense

    \_\_\_\_ Felony, with two prior convictions in above categories

    **X** Serious risk defendant will flee

    \_\_\_\_ Serious risk obstruction of justice



FILED

MAY 30 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   __X__ Defendant's appearance as required

   _____ Safety of any other person and the community

3. **Rebuttable Presumption**. The United States (will / will not) invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

   _____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

   _____ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing** . The United States requests the court conduct the detention hearing,

   _____ At first appearance

   ____ After continuance of __3__ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

   _____ 1. At the time the offense was committed the defendant was:

   ____ (a) on release pending trial for a felony;

      \_\_ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

      \_\_ (c) on probation or parole for an offense.

**X** 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

  \_\_ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

_____

DATED this __30th__ day of __May__, 2006.

                      COLM F. CONNOLLY
                      United States Attorney

                BY: _____
                      Edmond Falgowksi
                      Assistant United States Attorney